**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

Pay Group: TWL-THH Weekly
Pay Begin Date: 05/03/2026
Pay End Date: 05/09/2026

Business Unit: 610
Advice #: **000000002912938**
Advice Date: 05/15/2026

**Damaris Johns**
3449 Scotts Lane
Apt A305
Philadelphia, PA 19129

Employee ID: 916040620
Department: 1082400-Tempool
Location: Tempool
Job Title: PATIENT CARE ASST

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 25.920000 | 22.75 | 589.68 | 689.25 | 17,802.18 |
| OT @ 1.5 | | | 0.00 | 20.50 | 772.74 |
| Conf Mand | | | 0.00 | 1.75 | 45.36 |
| **TOTAL:** | | **22.75** | **589.68** | **711.50** | **18,620.28** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 36.15 | 1,151.97 |
| Fed MED/EE | 8.45 | 269.41 |
| Fed Withholding | 11.86 | 987.07 |
| PA Withholding | 18.10 | 571.64 |
| PA Unempl EE | 0.41 | 13.03 |
| PHILADELPHIA Withhol | 22.05 | 696.41 |
| **TOTAL:** | **97.02** | **3,689.53** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| OntW3 Park | 6.69 | 40.14 |
| **TOTAL:** | **6.69** | **40.14** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 589.68 | 582.99 | 97.02 | 6.69 | 485.97 |
| YTD | 18,620.28 | 18,580.14 | 3,689.53 | 40.14 | 14,890.61 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 0.00 |
| Sick | 0.00 |
| Personal | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002912938 | Checking | XXXXXXXXXXX8360 | 485.97 |
| **TOTAL:** | | | **485.97** |

**MESSAGE:**

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | TWL-THH Weekly |
| Pay Begin Date: | 05/10/2026 |
| Pay End Date: | 05/16/2026 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | **000000002918094** |
| Advice Date: | 05/22/2026 |

**Damaris Johns**
3449 Scotts Lane
Apt A305
Philadelphia, PA 19129

| | |
|---|---|
| Employee ID: | 916040620 |
| Department: | 1082400-Tempool |
| Location: | Tempool |
| Job Title: | PATIENT CARE ASST |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 25.920000 | 30.25 | 784.08 | 734.50 | 18,975.06 |
| OT @ 1.5 | | | 0.00 | 20.50 | 772.74 |
| Conf Mand | | | 0.00 | 1.75 | 45.36 |
| **TOTAL:** | | **30.25** | **784.08** | **756.75** | **19,793.16** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 48.20 | 1,223.86 |
| Fed MED/EE | 11.27 | 286.22 |
| Fed Withholding | 31.30 | 1,018.37 |
| PA Withholding | 24.07 | 607.65 |
| PA Unempl EE | 0.55 | 13.86 |
| PHILADELPHIA Withhol | 29.32 | 740.27 |
| **TOTAL:** | **144.71** | **3,890.23** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| OntW3 Park | 6.69 | 53.52 |
| **TOTAL:** | **6.69** | **53.52** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 784.08 | 777.39 | 144.71 | 6.69 | 632.68 |
| YTD | 19,793.16 | 19,739.64 | 3,890.23 | 53.52 | 15,849.41 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 0.00 |
| Sick | 0.00 |
| Personal | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002918094 | Checking | XXXXXXXXXXX8360 | 632.68 |
| **TOTAL:** | | | **632.68** |

**MESSAGE:**

| | | |
|---|---|---|
| **Temple University Hospital**<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group: TWI-THH Weekly<br>Pay Begin Date: 05/17/2026<br>Pay End Date: 05/23/2026 | Business Unit: 610<br>Advice #: **000000002921946**<br>Advice Date: 05/29/2026 |

| | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|
| **Damaris Johns**<br>3449 Scotts Lane<br>Apt A305<br>Philadelphia, PA 19129 | Employee ID: 916040620<br>Department: 1082400-Tempool<br>Location: Tempool<br>Job Title: PATIENT CARE ASST | Marital Status: | H-of-H | N/A |
| | | Allowances: | N/A | N/A |
| | | Addl. Percent: | N/A | |
| | | Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 25.920000 | 15.00 | 388.80 | 734.50 | 18,975.06 |
| OT @ 1.5 | | | 0.00 | 20.50 | 772.74 |
| Conf Mand | | | 0.00 | 1.75 | 45.36 |
| **TOTAL:** | | **15.00** | **388.80** | **756.75** | **19,793.16** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 23.69 | 1,223.86 |
| Fed MED/EE | 5.54 | 286.22 |
| Fed Withholdng | 0.00 | 1,018.37 |
| PA Withholding | 11.94 | 607.65 |
| PA Unempl EE | 0.28 | 13.86 |
| PHILADELPHIA Withhol | 14.54 | 740.27 |
| **TOTAL:** | **55.99** | **3,890.23** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| OntW3 Park | 6.69 | 53.52 |
| **TOTAL:** | **6.69** | **53.52** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 388.80 | 382.11 | 55.99 | 6.69 | 326.12 |
| YTD | 19,793.16 | 19,739.64 | 3,890.23 | 53.52 | 15,849.41 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 0.00 |
| Sick | 0.00 |
| Personal | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002921946 | Checking | XXXXXXXXXXX8360 | 326.12 |
| **TOTAL:** | | | **326.12** |

**MESSAGE:**

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | TW1-THU Weekly |
| Pay Begin Date: | 05/24/2026 |
| Pay End Date: | 05/30/2026 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | **000000002923967** |
| Advice Date: | 06/05/2026 |

**Damaris Johns**
3449 Scotts Lane
Apt A305
Philadelphia, PA 19129

| | |
|---|---|
| Employee ID: | 916040620 |
| Department: | 1082400-Tempool |
| Location: | Tempool |
| Job Title: | PATIENT CARE ASST |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 25.920000 | 23.00 | 596.16 | 757.50 | 19,571.22 |
| OT @ 1.5 | | | 0.00 | 20.50 | 772.74 |
| Conf Mand | | | 0.00 | 1.75 | 45.36 |
| **TOTAL:** | | **23.00** | **596.16** | **779.75** | **20,389.32** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 36.54 | 1,260.40 |
| Fed MED/EE | 8.55 | 294.77 |
| Fed Withholding | 12.50 | 1,030.87 |
| PA Withholding | 18.30 | 625.95 |
| PA Unempl EE | 0.41 | 14.27 |
| PHILADELPHIA Withhol | 22.30 | 762.57 |
| **TOTAL:** | **98.60** | **3,988.83** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| OntW3 Park | 6.69 | 60.21 |
| **TOTAL:** | **6.69** | **60.21** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**EMPLOYER PAID BENEFITS**

| Description | Current | YTD |
|---|---|---|
| ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 596.16 | 589.47 | 98.60 | 6.69 | 490.87 |
| YTD | 20,389.32 | 20,329.11 | 3,988.83 | 60.21 | 16,340.28 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 0.00 |
| Sick | 0.00 |
| Personal | 0.00 |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002923967 | Checking | XXXXXXXXXXX8360 | 490.87 |
| **TOTAL:** | | | **490.87** |

**MESSAGE:**